JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6552
Virginia.Tomova@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| The Estate of Noel H. Reveron; Rosalina Reveron and Ashley Ramautar, as Special Co-Administrators,<br><br>Plaintiff,<br><br>v.<br><br>Robert Wayne Johnson, individually; United States of America ex. rel. United States Postal Service; Does Driver, Individually, Does Companies 1 through 10 and Does 11 through 20, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00029-APG-NJK<br><br>**Stipulation and Order to Extend Time to File a Response (First Request)** |

Plaintiffs and Defendants through undersigned counsel, hereby submit this stipulation to extend the date for Defendants to file and serve a responsive pleading to Plaintiff's Complaint.

The current deadline for the United States to respond to the Plaintiff's Complaint is March 13, 2023. Plaintiff will be filing a First Amended Complaint.

The parties, through undersigned counsel, stipulate and request that the Court approve a three-weeks extension of time, from March 13, 2023, to April 3, 2023, for the United States of America to file a response to the First Amended Complaint. This is the first request for an extension of time.

/ / /

/ / /

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to the Plaintiff's First Amended Complaint to **April 3, 2023**.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 10th day of March 2023.

| | |
|---|---|
| LERNER & ROWE INJURY ATTORNEYS | JASON M. FRIERSON<br>United States Attorney |
| */s/ Francis Arenas*<br>FRANCIS ARENAS. ESQ.<br>Nevada Bar No. 6557<br>4795 South Durango Drive<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiff* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar Number 12504<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>*Attorney for Defendants* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** March 14, 2023