JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6552
Virginia.Tomova@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| The Estate of Noel H. Reveron; Rosalina Reveron and Ashley Ramautar, as Special Co-Administrators,<br><br>Plaintiff,<br><br>v.<br><br>Robert Wayne Johnson, individually; United States of America ex. rel. United States Postal Service; Does Driver, Individually, Does Companies 1 through 10 and Does 11 through 20, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00029-APG-NJK<br><br>**Stipulation and Order to Extend Time to File a Response (Third Request)** |

Plaintiffs and Defendants through undersigned counsel, hereby submit this stipulation to extend the date for Defendants to file and serve a responsive pleading to the Plaintiffs' first amended complaint ("the amended complaint"), which was filed on April 3, 2023. ECF No. 12.

The parties filed their first request for an extension of time, to allow the Plaintiffs to file the amended complaint. ECF No. 6. The first request was granted by the Court. ECF No. 7. Pursuant to the first request the Defendants have until April 3, 2023, to provide a responsive pleading to the amended complaint once it is filed. ECF No. 7.  Prior to the Plaintiffs' filing the amended complaint, the parties filed a second request to extend the time to file a response. ECF No. 10. That request was denied by the Court, as the parties did not specify the reasons for the Plaintiffs' delay in filing the amended complaint. ECF No. 11. Plaintiffs were not able to file their amended complaint sooner, because Plaintiffs'

counsel is transitioning to a new firm and this case is in the process of being reassigned to a different counsel for handling. However, the Plaintiffs filed the amended complaint on the same date that the responsive pleading to the amended complaint is due.

Since the Plaintiffs' amended complaint was filed on the same date that the response to that amended complaint was due, the parties, through undersigned counsel, stipulate and request that the Court approve a four-weeks extension of time, from April 3, 2023, to May 1, 2023, for the Defendants to file a responsive pleading to the amended complaint.

The Defendants will need the additional time to evaluate the causes of actions and claims raised in the amended complaint, to provide a responsive pleading. This is the third request for an extension of time.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to the Plaintiffs' First Amended Complaint to **May 1, 2023**.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 3rd day of April 2023.

| | |
|---|---|
| LERNER & ROWE INJURY ATTORNEYS | JASON M. FRIERSON<br>United States Attorney |
| /s/ Francis Arenas<br>FRANCIS ARENAS. ESQ.<br>Nevada Bar No. 6557<br>4795 South Durango Drive<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiff* | /s/ Virginia T. Tomova<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar Number 12504<br>501 Las Vegas Blvd. So., Suite1100<br>Las Vegas, Nevada 89101<br>*Attorney for Defendants* |

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** April 4, 2023