# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF NOEL H. REVERON, et al., | Case No. 2:23-cv-00029-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 16] |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

Pending before the Court is a notice of Rule 26(f) conference filed by Plaintiff. Docket No. 16. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: May 8, 2023

                                                                                          Nancy J. Koppe
United States Magistrate Judge