# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF NOEL H. REVERON, et al., <br><br>　　　Plaintiff(s), <br><br>v. <br><br>UNITED STATES OF AMERICA, <br><br>　　　Defendant(s). | Case No. 2:23-cv-00029-APG-NJK <br><br>**Order** |

　　　Pending before the Court is a joint discovery plan seeking special scheduling review. Docket No. 18.  The Court hereby SETS a scheduling conference for 2:00 p.m. on June 14, 2023, in Courtroom 3C.

　　　IT IS SO ORDERED.

　　　Dated: June 2, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1